AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA  Mark B. Dubnoff)                    USAO CW No. 25-142

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Clift A. Seferlis | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

Case No.  25-mj-1268

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 7, 2025 _____ in the county of _____ Philadelphia _____ in the _____ Eastern _____ District of _____ Pennsylvania _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 876(c). | Mailing threatening communications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ Pauline Pogorzelski
_____
*Complainant's signature*

Pauline Pogorzelski, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Scott W. Reid  Scott W. Reid 2025.06.16 17:07:23 -04'00'

Date: _____

_____
*Judge's signature*

City and state:  _____ Philadelphia, Pennsylvania _____

HONORABLE SCOTT W. REID, USMJ
_____
*Printed name and title*