AO 442 (Rev. 11/11) Arrest Warrant (approved by AUSA Mark B. Dubnoff)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Clift A. Seferlis<br><br>Defendant | )<br>)<br>) Case No. 25-mj-1268<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CLIFT A. SEFERLIS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Mailing threatening communications, in violation of 18 U.S.C. § 876(c).

Date: _____

Scott W. Reid
Digitally signed by Scott W. Reid
Date: 2025.06.16 17:30:59 -04'00'

*Issuing officer's signature*

City and state:  Philadelphia, Pennsylvania

Hon. SCOTT W. REID, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/2025, and the person was arrested on *(date)* 6/16/2025
at *(city and state)* _____.

Date: 06/17/2025

Pauline Pogorzelski
*Arresting officer's signature*

Pauline Pogorzelski FBI Special Agent
*Printed name and title*